# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 8, 2021

## NO. 03-19-00420-CV

### In re Commitment of David Delacruz

**APPEAL FROM THE 21ST DISTRICT COURT OF BASTROP COUNTY**
**BEFORE JUSTICES GOODWIN, BAKER, AND KELLY**
**AFFIRMED ON MOTION FOR REHEARING -- OPINION BY JUSTICE KELLY**

This is an appeal from the judgment and order of civil commitment signed by the trial court on March 21, 2019. The Court's opinion and judgment dated December 16, 2020 are withdrawn. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment and order. Therefore, the Court affirms the trial court's judgment and order of civil commitment. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.